IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEIL M. BOHAYCHICK, et al., <br>     Plaintiffs, <br><br> vs. <br><br> THE UNITED FOOD AND <br> COMMERCIAL WORKERS <br> INTERNATIONAL UNION, AFL-CIO, <br> CLC, et al., <br>     Defendants. | Civil Action No. 06-738 |

### ORDER

AND NOW, this 25 day of October, 2006, after the plaintiffs, Neil M. Bohaychick, et al., filed an action in the above-captioned case, and after a motion to dismiss Count II of the complaint was submitted by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 11), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' motion to dismiss Count II of the complaint (Docket No. 4) is denied.

*[signature]*
Gary L. Lancaster
United States District Judge