IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Neil M. Bohaychick, et al.,                                No. 06-00738

          Plaintiffs,

vs.                                                        Judge Lancaster

The United Food and Commercial Workers International Union, AFL-CIO, CLC, and United Food and Commercial Food and Union Workers Local 23,

          Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

A settlement satisfactory to all parties having been reached, it is hereby agreed that this action shall be dismissed with prejudice. Each party is to bear its own costs.

| | |
|---|---|
| */s/ Harry F. Smail, Jr.* | */s/ Colleen Ramage Johnston* |
| Harry F. Smail, Jr., Esquire | Colleen Ramage Johnston, Esquire |
| PA I.D. No. 80436 | Pa. I.D. No. 64413 |
| 126 West Pittsburgh Street | Rothman Gordon, P.C. |
| 2nd Floor | 310 Grant Street – Third Floor |
| Greensburg, PA 15601 | Pittsburgh, PA 15219 |
| | |
| Counsel for Plaintiffs | Counsel for Defendants |
| | |
| Date: July 2, 2007 | Date: July 2, 2007 |

SO ORDERED:

*[signature]*

Gary L. Lancaster
U.S. District Judge

DATED: 7-3-07